UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 14 2017 ★

BROOKLYN OFFICE

PAULINA RODRIGUEZ, individually and as parent and guardian of A.R., and on behalf of all others similarly situated,

    Plaintiff,

-against-

MEAD JOHNSON & COMPANY, LLC,

    Defendant.

17-cv-2020

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without costs or attorneys' fees to any party, with prejudice as to Plaintiff Rodriguez and without prejudice as to A.R., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendant:

By: s/ Mary E. Buckley
    Mary E. Buckey, Esq.
    Sedgwick LLP
    One North Wacker Drive, Suite 4200
    Chicago, IL 60606
    Telephone: (312) 849-1951
    Fax: (877) 540-6960
    mary.buckley@sedgwicklaw.com

Date: 11/13/17

SO ORDERED /

s/ Raymond J. Dearie
U.S.D.J.

For the Plaintiff:

By: s/ C.K. Lee
    C.K. Lee, Esq.
    Lee Litigation Group, PLLC
    30 East 39th Street, Second Floor
    New York, NY 10016
    Telephone: (212) 465-1188
    Fax: (212) 465-1181
    cklee@leelitigation.com

Date: 11/13/17

Dated 11/14/17